**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guadalupe GALVEZ–MUJICA,**
**Defendant–Appellant.**

No. 02–30197.
D.C. No. CR–01–00076–SEH.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 16, 2003.

Joshua Van De Wetering, Asst U.S. Atty, Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Dean D. Chisholm, Columbia Falls, MT, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM**

Guadalupe Galvez–Mujica appeals his guilty-plea conviction and 121–month sentence imposed for conspiring to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841. Galvez–Mujica's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Galvez–Mujica has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

1. Revised and re-listed as Fed.R.Crim.P. 32(i)(3) (2002).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.